UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16239 |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| Zacharuk Brown | : | |

The Court orders the defendant, _____Zacharuk Brown_____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other:


/s/ Zacharuk Brown                                                                 12/3/20
DEFENDANT                                                                           DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


                                                                    12/3/20
                                                                    DATE